## (September 28, 1979)

■ CHARLES ABBOTT et al., Appellants, v CITY OF POUGHKEEPSIE et al., Respondents.—Judgment of the Supreme Court, Dutchess County, dated March 5, 1979, affirmed, without costs or disbursements, upon the opinion of Mr. Justice Quinn at Special Term. Shapiro, J. P., Cohalan, Margett and Martuscello, JJ., concur. [98 Misc 2d 601.]

■ DAVID ALTMAN, Appellant, v SYLVIA ALTMAN, Respondent.—In an action, *inter alia*, to set aside a deed to certain real property, the plaintiff appeals from a judgment of the Supreme Court, Kings County, entered August 1, 1978, which dismissed the complaint. Judgment affirmed, without costs or disbursements. The issue of constructive trust was not presented to or determined by the trial court and we do not reach that issue. Mollen, P. J., Hopkins, Damiani and Titone, JJ., concur.